94

(No. 75-CC-20— )

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed September 9, 1974.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-26— )

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed September 9, 1974.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.